UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

KATIE HANSEN-NILSEN,

                        Plaintiff,           5:15-CV-1258
                                                         (GTS/WBC)

v.

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| LAW OFFICE OF BARNEY F. BILELLO<br>  Counsel for Plaintiff<br>4020 Underbrush Trail<br>Liverpool, New York 13090 | BARNEY F. BILELLO, ESQ. |
| STANLEY LAW OFFICES, LLP<br>  Co-Counsel for Plaintiff<br>215 Burnet Avenue<br>Syracuse, New York 13203 | JAYA A. SHURTLIFF, ESQ.<br>STEPHANIE VISCELLI, ESQ. |
| SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF REG'L GEN. COUNSEL–REGION II<br>  Counsel for Defendant<br>26 Federal Plaza, Room 3904<br>New York, New York 10278 | KAREN T. CALLAHAN, ESQ. |

GLENN T. SUDDABY, Chief United States District Judge

## **DECISION and ORDER**

      The above matter comes to this Court following a Report-Recommendation by United States Magistrate Judge William B. Mitchell Carter, filed on February 7, 2017, recommending that the Commissioner's decision denying disability insurance benefits be affirmed and this matter be dismissed. (Dkt. No. 18.) Objections to the Report-Recommendation have not been filed and the time in which to do so has expired. (*See generally* Docket Sheet.) After carefully

reviewing all of the papers herein, including Magistrate Judge Carter's thorough Report-Recommendation, the Court can find no clear error in the Report-Recommendation.[1] Magistrate Judge Carter employed the proper legal standards, accurately recited the facts, and correctly applied the law to those facts. (Dkt. No. 18.) As a result, the Report-Recommendation is accepted and adopted in its entirety; the Commissioner's decision denying disability insurance benefits is affirmed; and this matter is dismissed.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Carter's Report-Recommendation (Dkt. No. 18) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that the Commissioner's decision denying disability insurance benefits is **AFFIRMED**, and Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED**.

Dated: March 7, 2017
      Syracuse, New York

_____
HON. GLENN T. SUDDABY
Chief United States District Judge

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a "clear error" review. Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition. When performing such a clear error review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).